**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1372

BURT SHERMAN WILLIAMS,

Plaintiff - Appellant,

versus

MARK R. WARNER, Governor, Commonwealth of
Virginia; WORKERS' COMPENSATION COMMISSION;
JERRY W. KILGORE, Attorney General; C. RAY
DAVENPORT, Commissioner Labor and Industry,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Henry Coke Morgan, Jr.,
District Judge.  (CA-02-149-4)

Submitted:  May 15, 2003              Decided:  May 20, 2003

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Burt Sherman Williams, Appellant Pro Se.  Elaine Scott Moore,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Burt Sherman Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Williams v. Warner</u>, No. CA-02-149-4 (E.D. Va. Feb. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2